# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ALFONSO DELGADO**                                                              **PLAINTIFF**

**V.**                                    **4:18CV00434 JM**

**GIGG EXPRESS, INC., et al,**                                                   **DEFENDANTS**


## ORDER OF DISMISSAL

According to the Motion to Dismiss, the parties have settled this action.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Clerk is directed to close the case.

Dated this 26th day of November 2018.

                                                                                    _____
                                                                                    James M. Moody Jr.
                                                                                    United States District Judge